# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1118

VERSUS

DAMON DAVID CALISTE

**NOVEMBER 29, 2021**

---

In Re:    Damon David Caliste, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 460,590.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the habitual offender bill of information, the habitual offender adjudication and sentencing transcript, pertinent district court minutes, and any other portions of the district court record that would support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before January 25, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT